# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE LM 89, <br><br>    Plaintiff, <br><br>vs. <br><br>DOE 1, a corporation; DOE 2, a corporation; DOE 3, a corporation sole and DOES 4 to 10, Inclusive, <br><br>    Defendants. | Case No. 2:24-cv-09350-JFW-BFM <br><br>Judge: Hon. John F. Walter <br><br>[Discovery Document: Referred to Magistrate Judge: Hon. Brianna F. Mircheff] <br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** <br><br>Trial Date:   December 2, 2025 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED: January 2, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE