**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 24-9350-JFW(BFMx)** | Dated: January 3, 2025 |

Title:   Jane Roe LM 89 -v- Doe 1, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>Courtroom Deputy | **None Present**<br>Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO REMAND CASE TO CALIFORNIA STATE COURT [filed 12/9/2024; Docket No. 24]

  Plaintiff's Motion to Remand Case to California State Court is currently on calendar for January 6, 2025 at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for January 6, 2025 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

  IT IS SO ORDERED.